UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARAH THOROGOOD,

                Plaintiff,

    - against -

NEW YORK TIMES COMPANY and
RUBY KAUR,

                Defendants.

**ORDER**

22 Civ. 2042 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record today, this case will be stayed until August 1, 2022 to allow the parties to engage in mediation. By August 1, 2022, the parties shall file a joint letter reporting on the status of mediation. The Court will hold the proposed case management plan in abeyance until that time.

Dated: New York, New York
       June 30, 2022

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge